# Affidavit of James William Turley

On April 13, 2015, James William Turley was duly sworn and, upon his oath, stated:

1. Judge Nanette K Laughrey requested that he serve as special master in the case of *Lafollette v Liberty Mutual Fire Insurance Company* (Case No. 2:14-cv-04147-NKL) now pending in the United States District Court of the Western District of Missouri; and he agreed to do so.

2. In preparation for the giving of this affidavit he read, and is familiar with, both Rule 53(2) of the Federal Rules of Civil Procedure and 28 U.S. Code sec. 455.

3. He has no relationship to the parties or attorneys in the above referenced lawsuit; and no interest in, or relationship to, that action or the court in which it is pending that would require disqualification under 28 U.S. Code sec. 455.

_____
James William Turley

James William Turley signed this affidavit in my presence of his own free will on April 13, 2015 in Columbia, Boone County, Missouri.

LORI MORRIS
Notary Public - Notary Seal
STATE OF MISSOURI
County of Boone
My Commission Expires 6/28/2015
Commission # 11421159

_____
Notary Public