IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

ERIC LAFOLLETTE, CAMILLE
LAFOLLETTE, DAVID BOND, and
REBECCA BOND, individually and
on behalf of others similarly situated,
Plaintiffs,

No. 2:14-CV-04147-NKL

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, Defendant

**Supplemental Report of Special Master**

1. On July 6, 2015, I filed my report with this court as per the court's prior order.
2. On July 10, 2015, Mr. Moothart, counsel for defendant, supplied Mr. Schwartz with additional data files containing defendant's file notes (as discussed in paragraph 7 of my July 6 report).
3. Mr. Schwartz reviewed those data sets and reported his conclusions and recommendations to me in a supplement to his earlier report (discussed in paragraph 5 of my July 6 report).
4. I reviewed the data to which he refers in that supplement and discussed his conclusions and recommendations with him.
5. I agree with his conclusions and believe those are worthy of consideration by the parties and this court.
6. Accordingly, I am attaching Mr. Schwartz's report to this Supplemental Report and trust the parties will be able to timely respond within the time frames previously set by the court.

Respectfully submitted on July 10, 2015

J. William Turley, Special Master